UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:08-cr-0149-LJM-DKL |
| | ) | |
| DARREN HUGGINS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER APPROVING U.S. MAGISTRATE JUDGE=S REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Tim A. Baker=s Report and Recommendation that Darren Huggins= continue under the same terms of supervised release he has been under for the remainder of his term or further order of the Court, pursuant to Title 28 U.S.C. ' 636(b)(1)(C), now approves the Report and Recommendation.

SO ORDERED this   07/29/2013

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Counsel of Record via ECF

U. S. Parole and Probation

U. S. Marshal Service